## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

WATERFORD CONDOMINIUM ASSOCIATION OF COLLIER COUNTY, INC.,

    Plaintiff,

v.                               Case No: 2:19-cv-81-SPC-NPM

EMPIRE INDEMNITY INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is the parties' joint response (Doc. 78) to the Court's Order to Show Cause (Doc. 77). The appraisal panel issued an award. So the Court directed the parties to show cause what issues remain and how the case should proceed. Based on the response, a status conference would be helpful to discuss the matters identified and (if necessary) set a scheduling order. The Court, therefore, refers this case to the assigned Magistrate Judge for that hearing.

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

1. This case is **REFERRED** to United States Magistrate Judge Nicholas P. Mizell to conduct a status conference and issue any appropriate order. All parties must **ATTEND** the status conference as directed by Judge Mizell.

2. The parties must **CONTACT** Judge Mizell's Chambers, **on or before November 17, 2021**, to schedule a mutually agreeable time for the status conference.

**DONE** and **ORDERED** in Fort Myers, Florida on November 10, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record